UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT BERGEY,

    Plaintiff,      Case No. 2:15-CV-43

v.      HON. GORDON J. QUIST

LINDA TRIBLEY, et al.

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 20, 2015, Magistrate Judge Greeley issued a Report and Recommendation in which he recommended that the Court grant the motion for summary judgment filed by Defendants Yon and McGuire. No objections have been filed pursuant to 28 U.S.C. § 636.

Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge filed October 20, 2015 (dkt. #22) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (dkt. #14) is **GRANTED**. Plaintiff's claims against Defendants Yon and McGuire are **DISMISSED without prejudice**. Plaintiff's claims against Defendants Tribley and Kingforth shall proceed.

Dated: November 30, 2015      /s/ Gordon J. Quist
    GORDON J. QUIST
    UNITED STATES DISTRICT JUDGE